**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-7091**

_____

GENUINE TRUTH BANNER,

        Plaintiff - Appellant,

     v.

OFFICER BRANDEN DAVIS, Individual and Official Capacity; OFFICER TENIESHA TUCKER, Individual and Official Capacity; LIEUTENANT WILLIAM BURLEY, Individual and Official Capacity; ASSOCIATE WARDEN E. RUDY TISDALE, Individual and Official Capacity,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Joseph Dawson, III, District Judge.  (6:22-cv-04583-JD)

_____

Submitted:  April 24, 2025                   Decided:  April 29, 2025

_____

Before RICHARDSON and BENJAMIN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Genuine Truth Banner, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Genuine Truth Banner appeals the district court's order adopting the magistrate judge's recommendation to dismiss, without prejudice, Banner's 42 U.S.C. § 1983 action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Banner v. Davis*, No. 6:22-cv-04583-JD (D.S.C. Aug. 26, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*